STATE OF NEW JERSEY v. JULIOS GARCIA.

Jan. 14, 1980. Petition for certification denied.

IRENE ROMEO v. IRENE ROMEO, T/A CLUB 37.

Jan. 14, 1980. Petition for certification granted.

KONSTANTINOS VELMOHOS v. MAREN ENGINEERING
CORPORATION.

Jan. 14, 1980. Petition for certification granted. (See 168
N.J.Super. 520)

SHELTON COLLEGE v. CITY OF CAPE MAY.

Jan. 14, 1980. Petition for certification denied.

ROCHELLE PARK P.B.A. LOCAL 102 v. TOWNSHIP
OF ROCHELLE PARK.

Jan. 14, 1980. Petition for certification denied.